UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 06-7840
(7:94-cr-40106-005)
_____

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

        versus


JERMAINE LAVONNE CHASE,

                                      Defendant - Appellant.

_____

O R D E R

_____

    The court amends its opinion filed March 23, 2007, as follows:

    On the cover sheet, district court information section --
Judge Wilson's name is deleted and is replaced by "Jackson L.
Kiser, Senior District Judge."


                                For the Court - By Direction


                                  /s/ Patricia S. Connor
                                         Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7840**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERMAINE LAVONNE CHASE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.   (7:94-cr-40106-005)

_____

Submitted:  February 23, 2007         Decided:  March 23, 2007

_____

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Vacated and remanded with instructions by unpublished per curiam
opinion.

_____

Jermaine Lavonne Chase, Appellant Pro Se.  Ronald Andrew Bassford,
OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Lavonne Chase appeals the district court's order denying relief on his Fed. R. Crim. P. 36 motion to correct clerical error. Specifically, Chase seeks to have the Amended Judgment entered November 3, 2000, corrected to include his convictions for aiding and abetting, in violation of 18 U.S.C. § 2 (2000) relative to Counts 4 and 68.[*] As the district court recognized, all four substantive drug charges, i.e. the two possession charges and the two aiding and abetting charges, are incorporated in Chase's Amended Judgment, by virtue of their

---

[*]Chase's original Judgment Order reflected the § 2 convictions in Counts 4 and 68, but the Amended Judgment omitted direct reference to the aiding and abetting convictions in the "Title & Section" and "Nature of Offense" sections of the Amended Judgment Order. Specifically, the prior Judgment Order, in pertinent part, reads as follows:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 21:841(a)(1), (b)(1)(C); 18:2 | Distribution of cocaine, aid and abet | 1/8/93 8/30/94 | 4 68 |

In contrast, the November 3, 2000 Amended Judgment Order, in pertinent part, reads as follows:

ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 21: U.S.C. 841(a)(1) | Possess with intent to distribute cocaine base | 1/8/93 | 4 |
| 21 U.S.C. 841(a)(1) | Possess with intent to distribute cocaine powder | 8/30/94 | 68 |

- 2 -

inclusion in Counts 4 and 68. However, Chase is correct that the Amended Judgment does not directly reference his conviction of § 2 relative to either Count 4 or 68. Therefore, we vacate the district court's denial of Chase's Rule 36 motion, and direct that the district court correct the Amended Judgment pursuant to Rule 36. This correction, of course, will have no effect on Chase's term of imprisonment or term of supervised release, nor will it restart the limitations period for filing a post-conviction challenge under the Antiterrorism and Effective Death Penalty Act of 1996. We deny Chase's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED WITH INSTRUCTIONS

- 3 -